ONE, INCORPORATED, *v.* OLESEN, POSTMASTER
OF LOS ANGELES.

No. 290.   Decided January 13, 1958.

*Eric Julber* for petitioner.

*Solicitor General Rankin, Acting Assistant Attorney
General Leonard* and *Samuel D. Slade* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the
judgment of the United States Court of Appeals for the
Ninth Circuit is reversed. *Roth* v. *United States,* 354
U. S. 476.